1  Thomas M. McInerney, CA Bar No. 162055
   tmm@ogletreedeakins.com
2  Jill V. Cartwright, CA Bar No. 260519
   jill.cartwright@ogletreedeakins.com
3  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Steuart Tower, Suite 1300
4  One Market Plaza
   San Francisco, CA  94105
5  Telephone:     415.442.4810
   Facsimile:     415.442.4870
6
7  Attorneys for Defendant
   GOOGLE INC.
8  Daniel L. Low, CA Bar No. 218387
   dlow@kotchen.com
9  Kotchen & Low LLP
   1745 Kalorama Road NW, Suite 101
10 Telephone:     202.841.7164
   Facsimile:     202.280.1128
11
12 Attorneys for Plaintiffs
   ROBERT HEATH and CHERYL FILLEKES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| ROBERT HEATH, and CHERYL FILLEKES, Plaintiffs, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE INC., a Delaware corporation,<br><br>Defendant. | Case No. 15-cv-01824-BLF<br><br>**STIPULATION TO ENLARGE TIME FOR DEFENDANT GOOGLE INC. TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT PURSUANT TO LOCAL RULE 6-1**<br><br>Complaint Filed:  April 22, 2015<br>Trial Date:        Not Set |
|---|---|

1   This stipulation is entered into by and between Plaintiffs Robert Health and Cheryl Fillekes
2   ("Plaintiffs"), on the one hand, and Defendant Google Inc. ("Defendant"), on the other hand, by
3   and through their undersigned counsel of record, with reference to the following facts and recitals:
4   WHEREAS, the Complaint in this action was filed on April 22, 2015, and served on May 7,
5   2015;
6   WHEREAS, on June 11, 2015, Defendant filed a motion to dismiss pursuant to Rule 12 of
7   the Federal Rules of Civil Procedure ("FRCP").
8   WHEREAS, on June 25, 2015, Plaintiffs filed an Amended Complaint (ECF No. 18).  The
9   Amended Complaint added a second named plaintiff, Cheryl Fillekes, along with additional factual
10  allegations pertaining to her claims against Defendant.
11  WHEREAS, pursuant to FRCP 15(a)(3) and 6(d), the last day for Defendant to respond to
12  the Amended Complaint is July 13, 2015.
13  WHEREAS, Defendant needs additional time to investigate the new allegations in the
14  Amended Complaint pertaining to Ms. Fillekes to appropriately respond to the Amended
15  Complaint.
16  WHEREAS, the stipulated deadline will not alter the date of any event or any deadline
17  already fixed by Court order.
18  It is therefore STIPULTED AND AGREED, by and between the undersigned counsel and
19  pursuant to Civil Local Rule 6-1(a), that the time for Defendant to answer, move, or otherwise
20  respond to the Complaint on file in this action is extended up to and including July 29, 2015.

DATED:  July 8, 2015

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By:   /s/ *Jill V. Cartwright*
         Thomas M. McInerney
         Jill V. Cartwright

Attorneys for Defendant
GOOGLE INC.

DATED: July 8, 2015                                        KOTCHEN & LOW LLP

                                                           By:  /s/ *Daniel Low*
                                                                Daniel Low

                                                           Attorneys for Plaintiffs
                                                           ROBERT HEATH and
                                                           CHERYL FILLEKES

21756289.1

## SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

DATED: July 9, 2015                                        By:  /s/ Jill Cartwright
                                                                Jill V. Cartwright

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: July 10, 2015                                       [signature]
                                                           The Honorable Beth Labson Freeman
                                                           United States District Judge

21756289.1