UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ROBERT HEATH, and
CHERYL FILLEKES,
Plaintiffs, on behalf of themselves and
others similarly situated,
                      Plaintiff(s),

v.

GOOGLE INC., a Delaware corporation,
                      Defendant.

Case No. 15-cv-01824-BLF

ADR CERTIFICATION BY PARTIES
AND COUNSEL

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      (1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" on the Court's ADR Internet site www.adr.cand.uscourts.gov (Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);

      (2) Discussed the available dispute resolution options provided by the Court and private entities; and

      (3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: August 10, 2015

                                                            Makesha Patterson
                                                           Google Inc.

Dated: August 7, 2015

                                                             Thomas M. McInerney
                                                            Ogletree, Deakins, Nash,
                                                           Smoak & Stewart, P.C.
                                                           Counsel for Defendant