1  Thomas M. McInerney, CA Bar No. 162055
   tmm@ogletreedeakins.com
2  Jill V. Cartwright, CA Bar No. 260519
   jill.cartwright@ogletreedeakins.com
3  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Steuart Tower, Suite 1300
4  One Market Plaza
   San Francisco, CA  94105
5  Telephone:     415.442.4810
   Facsimile:     415.442.4870
6
   A. Craig Cleland, *pro hac vice*
7  craig.cleland@ogletreedeakins.com
   OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
8  191 Peachtree St., NE., Ste. 4800
   Atlanta, GA 30303
9  Telephone:     404.881.1300
   Facsimile:     404.870.1732
10
   Attorneys for Defendant
11 GOOGLE INC.

12 Daniel L. Low, CA Bar No. 218387
   dlow@kotchen.com
13 Kotchen & Low LLP
   1745 Kalorama Road NW, Suite 101
14 Washington, D.C. 20009
   Telephone:     202.841.7164
15 Facsimile:     202.280.1128

16 Attorneys for Plaintiffs
   ROBERT HEATH and CHERYL FILLEKES
17

18                    **UNITED STATES DISTRICT COURT**

19                    **NORTHERN DISTRICT OF CALIFORNIA**

20

| | |
|---|---|
| 21  ROBERT HEATH, and<br>CHERYL FILLEKES,<br>22  Plaintiffs, on behalf of themselves and others<br>similarly situated,<br>23<br>Plaintiffs,<br>24<br>       v.<br>25<br>GOOGLE INC., a Delaware corporation,<br>26<br>Defendant.<br>27 | Case No. 15-cv-01824-BLF<br><br>**ORDER GRANTING AS AMENDED BY THE COURT STIPULATED SCHEDULING ORDER**<br><br><br>Complaint Filed: April 22, 2015<br>Trial Date:      May 1, 2017 |

28

Case No. 15-cv-01824-BLF

STIPULATED SCHEDULING ORDER

**Pursuant** to the Court's September 10, 2015 Case Management Order, the Parties submit this Stipulated Scheduling Order.

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | |
| Last Day to Amend Pleadings or Add Parties | January 11, 2016 (except for good cause) |
| Last Day to Disclose Expert Witnesses and Exchange Initial Expert Reports related to Conditional Collective Action Certification | November 2, 2015 |
| Last Day to Disclose Rebuttal Experts and Reports related to Conditional Collective Action Certification | December 2, 2015 |
| Last Day to File Conditional Collective Action Certification Motion | January 11, 2016 |
| Last Day to File Opposition to Conditional Collective Action Certification | February 11, 2016 |
| Last Day to File Reply to Opposition to Conditional Collective Action Certification | February 25, 2016 |
| Hearing on Conditional Collective Action Certification | ~~March 10, 2016 at 9:00 a.m.~~ March 17, 2016 at 9:00 a.m.[1] |
| Last Day to Disclose Expert Witnesses and Reports on Merits and Decertification | October 6, 2016 |
| Last Day to Disclose Rebuttal Expert Witnesses and Reports on Merits and Decertification | December 6, 2016 |
| Last Day to Conduct Expert Discovery | December 6, 2016 |

---

[1] The Court is not available on March 10, 2016.

| EVENT | DATE OR DEADLINE |
|---|---|
| Fact Discovery Cutoff | September 12, 2016 |
| Last Day to File Motion to Decertify any Conditionally Certified Collective Action | January 6, 2017 |
| Last Day to File Opposition to Motion to Decertify any Conditionally Certified Collective Action | February 6, 2017 |
| Last Day to File Dispositive Motions | December 13, 2016 |
| Last Day to File Reply to Opposition to Motion to Decertify any Conditionally Certified Collective Action | February 20, ~~2016~~2017 |
| Last Day to File Opposition to Dispositive Motions | ~~January 10, 2017~~ January 3, 2017 |
| Last Day to File Reply to Dispositive Motion | ~~January 19, 2017~~ January 12, 2017[2] |
| Hearing on Motion to Decertify any Conditionally Certified Collective Action | ~~March 6, 2017 at 9:00 a.m.~~ March 9, 2017 at 9:00 a.m.[3] |
| Hearing on Dispositive Motions | January 26, 2017 at 9:00 a.m. |
| Final Pretrial Conference | April 13, 2017 at 1:30 p.m. |
| Trial | May 01, 2017 at 9:00 a.m. |

---

[2] Although the parties may set their own briefing schedule, consistent with the timeframe outlined in Civil L.R. 7-1, the reply brief must be filed at least 14 days before the hearing.

[3] Civil motions are heard on Thursdays. *See Standing Order Re Civil Cases*, available at http://www.cand.uscourts.gov/filelibrary/1404/Standing.pdf

1  DATED: September 25, 2015              OGLETREE, DEAKINS, NASH, SMOAK &
2                                         STEWART, P.C.
3
                                          By:  /s/ *Jill V. Cartwright*
4                                              Thomas M. McInerney
                                               Craig A. Cleland
5                                              Jill V. Cartwright

6                                         Attorneys for Defendant
                                          GOOGLE INC.
7
8  DATED: September 25, 2015              KOTCHEN & LOW LLP
9
                                          By:  /s/ *Daniel Low*
10                                             Daniel Low

11                                        Attorneys for Plaintiffs
                                          ROBERT HEATH and
12                                        CHERYL FILLEKES

13

14                          **SIGNATURE ATTESTATION**

15       Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document

16  has been obtained from the other signatories.

17  DATED: September 25, 2015              By:  /s/ Jill Cartwright
                                               Jill V. Cartwright
18                                                                              22425001.1

19

20
                                          **ORDER**
21
22  PURSUANT TO STIPULATION, IT IS SO ORDERED.

23

24  DATED: September 30, 2015              _____
                                           Hon. Beth Labson Freeman
25                                         United States District Judge

26

27

28

                                          3                      Case No. 15-cv-01824-BLF