1  Daniel L. Low, CA Bar No. 218387
   dlow@kotchen.com
2  KOTCHEN & LOW LLP
   1745 Kalorama Road NW, Suite 101
3  Telephone:  202.841.7164
   Facsimile:  202.280.1128
4
5  Attorney for Plaintiffs
   ROBERT HEATH and CHERYL FILLEKES

# UNITED STATES DISTRICT COURT

# THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT HEATH, and
CHERYL FILLEKES,
Plaintiffs, on behalf of themselves and
others similarly situated,

      Plaintiffs,

   v.

GOOGLE INC., a Delaware
corporation,

      Defendant.

Case No. 15-cv-01824-BLF

**DANIEL LOW'S NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF ROBERT HEATH**

Date:     May 19, 2016
Time:     9:00 a.m.
Location: Courtroom 3, 5th Floor, San Jose

Complaint Filed:  April 22, 2015
Trial Date:       May 1, 2017

# DANIEL LOW'S NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF ROBERT HEATH

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that on May 19, 2016, in Courtroom 3, 5th Floor of the above-titled court, located at 280 South 1st Street, San Jose, California 95113, attorney Daniel Low of Kotchen & Low LLP ("Movant") will, and hereby does, move this Court pursuant to Local Rule 11-5 to withdraw as counsel of record for Plaintiff Robert Heath ("Mr. Heath"). Movant and Mr. Heath have reached a fundamental difference of opinion regarding the prosecution of the case that renders it impossible for Movant to continue its representation of Mr. Heath. Pursuant to Local Rule 11-5(b), Movant consents to accept service on behalf of Mr. Heath, until Mr. Heath appears by other counsel or pro se. Mr. Heath does not consent to Movant's withdrawal. Movant met and conferred with Defendant Google regarding Movant's intention to withdraw as Mr. Heath's counsel, and Google does not oppose Movant's withdrawal. Pursuant to Local Rule 7-1(b), Movant requests that this motion be decided without oral argument.

Dated:  January 22, 2016            Respectfully submitted,

By: /s/ Daniel Low

Daniel L. Low, SBN: 218387
Kotchen & Low LLP
1745 Kalorama Road NW, Suite 101
Washington, DC 20009
202-471-1995
202-280-1128 (fax)
dlow@kotchen.com


*Attorney for Plaintiffs*

# MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DANIEL LOW'S MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF ROBERT HEATH

Pursuant to Local Rule 11-5, Daniel Low of Kotchen & Low LLP ("Movant") hereby moves to withdraw as counsel of record for Plaintiff Robert Heath ("Mr. Heath"). This motion is made on the basis that good cause exists to justify Movant's permissible withdrawal as counsel in this matter.

## STATEMENT OF ISSUES TO BE DECIDED

(1) Whether the Court should grant Movant leave to withdraw as counsel for Mr. Heath, where Movant believes in good faith that it can no longer effectively represent the interests of Mr. Heath in this matter.

## STATEMENT OF RELEVANT FACTS

In 2014, Movant and Mr. Heath entered a retainer agreement specifying that Movant would recover fees on a contingency basis. Decl. of M. von Klemperer ¶ 2 (Ex. 1). The retainer agreement specifically permits Movant's withdrawal as counsel, subject to the applicable rules of professional responsibility. *Id.* On April 22, 2015, Movant filed this action on behalf of Mr. Heath, and later filed an amended complaint adding Plaintiff Cheryl Fillekes. (Dkts. ##1, 18). Since that time, a fundamental difference of opinion concerning the prosecution of this case has arisen between Movant and Mr. Heath, rendering it impossible for Movant to effectively and properly represent Mr. Heath in this matter. Decl. of M. von Klemperer ¶ 3.

Movant first informed Mr. Heath in mid-December 2015 that it may be necessary for Movant to withdraw as Mr. Heath's counsel in this matter, and that Mr. Heath may need to find alternate counsel. *Id.* ¶ 4. Since that time, Movant and Mr. Heath have conferred numerous times but have been unable to resolve their differences. *Id.* ¶ 5. On January 4, 2016, Movant informed Mr. Heath definitively that it would be withdrawing as Mr. Heath's counsel, and that he must locate alternate counsel or continue pro se. *Id.* ¶ 6. To allow Mr. Heath time to locate alternate counsel, Movant has waited nearly three weeks before filing this motion. Mr. Heath has not yet secured alternate counsel, but he has informed Movant that he is actively seeking representation. *Id.* ¶ 9. Mr. Heath has informed Movant that if he does not secure alternate counsel, he intends to continue pro se. *Id.* Mr. Heath does not consent to this motion. *Id.* ¶ 10.

Movant has also provided notice to Plaintiff Cheryl Fillekes and Defendant Google. *Id.* ¶¶ 7-8. Google does not oppose Movant's withdrawal. *Id.* ¶ 8.

## ARGUMENT

Pursuant to Local Rule 11-5(a), "[c]ounsel may not withdraw from an action until relieved by order of Court after written notice has been given reasonably in advance to the client and to all other parties who have appeared in the case." Civil L.R. 11-5(a); *DeLeon v. Wells Fargo Bank, N.A.*, No. 10-CV-01390, 2010 WL 3565188, at *1 (N.D. Cal. Sept. 13, 2010). The Court may consider factors such as

the reason for withdrawal, prejudice to the litigants, and possible delay to resolution of the case. *Id.* Withdrawal of counsel is governed by "the standards of professional conduct required of members of the State Bar of California." *Id.* (citing Civil L.R. 11-4(a)(1)). Pursuant to Rule 3-700(C) of the California Rules of Professional Conduct counsel may withdraw where:

(1) The client

    (a) insists upon presenting a claim or defense that is not warranted under existing law and cannot be supported by good faith argument for an extension, modification, or reversal of existing law, or

    (b) seeks to pursue an illegal course of conduct, or

    (c) insists that the member pursue a course of conduct that is illegal or that is prohibited under these rules or the State Bar Act, or

    (d) by other conduct renders it unreasonably difficult for the member to carry out the employment effectively, or

    (e) insists, in a matter not pending before a tribunal, that the member engage in conduct that is contrary to the judgment and advice of the member but not prohibited under these rules or the State Bar Act, or

    (f) breaches an agreement or obligation to the member as to expenses or fees.

(2) The continued employment is likely to result in a violation of these rules or of the State Bar Act; or

(3) The inability to work with co-counsel indicates that the best interests of the client likely will be served by withdrawal; or

(4) The member's mental or physical condition renders it difficult for the member to carry out the employment effectively; or

(5) The client knowingly and freely assents to termination of the employment; or

(6) The member believes in good faith, in a proceeding pending before a tribunal, that the tribunal will find the existence of other good cause for withdrawal.

Cal. R. Prof. Conduct 3-700(C).

Movant has provided Mr. Heath and all other parties reasonable notice of its intention to withdraw as Mr. Heath's counsel, and Movant's withdrawal will not cause any party significant prejudice, or delay the resolution of the case. On the other hand, because Movant is prosecuting this action on a contingency basis, not permitting withdrawal would cause Movant significant prejudice. Movant and Mr. Heath have reached a fundamental difference of opinion concerning the prosecution of this case, and Movant believes in good faith that one or more of the Rule 3-700(C) factors make it impossible for counsel to effectively represent Mr. Heath in this matter. However, the precise nature of that dispute is subject to attorney-client privilege. Should the Court require further elaboration, Movant respectfully requests permission to appear *in camera* before the Court, or in the alternative, to file an affidavit under seal to protect client confidences and avoid prejudice to Mr. Heath.

## CONCLUSION

For the foregoing reasons, Movant respectfully requests that the Court grant this Motion and enter the proposed order permitting Movant's withdrawal as counsel of record for Mr. Heath. Pursuant to Local Rule 11-5(b), Movant consents to accept service on behalf of Mr. Heath until the time Mr. Heath appears by alternate counsel or pro se.

Dated:  January 22, 2016			Respectfully submitted,

By: <u>/s/ Daniel Low</u>

   Daniel L. Low, SBN: 218387
   Kotchen & Low LLP
   1745 Kalorama Road NW, Suite 101
   Washington, DC 20009
   202-471-1995
   202-280-1128 (fax)
   dlow@kotchen.com


*Attorney for Plaintiffs*