UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT HEATH,<br><br>    Plaintiff,<br><br>  v.<br><br>GOOGLE INC.,<br><br>    Defendant. | Case No. 15-cv-01824-BLF<br><br>**ORDER RESETTING HEARING ON MOTION TO WITHDRAW AS ATTORNEY FOR PLAINTIFF ROBERT HEATH**<br><br>[Re: ECF 42] |

On January 22, 2016, Plaintiff's counsel filed a motion to withdraw as attorney ("motion"). ECF 42. The opposition brief is due by February 5, 2016 and the reply brief is due by February 12, 2016. Accordingly, the Court RESETS the hearing date for Plaintiff's motion from May 19, 2016 to February 18, 2016 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: January 25, 2016

_____
BETH LABSON FREEMAN
United States District Judge