## PLAINTIFF CONSENT TO JOIN COLLECTIVE ACTION

(The Age Discrimination in Employment Act of 1967, 29 U.S.C. § 216(b))

By my signature below, I, consent to opt in to and become a party to the collective action *Heath & Fillekes, et al. v. Google, Inc.*, 5:15-cv-1824 in the Federal District Court for the Northern District of California. I understand and agree that by joining in this action, I will be bound by any adjudication of the Court in this action.

I represent to the Court that at times pertinent to this action I have been a worker of the age forty (40) years old or older and I have sought work for Google, Inc.

I authorize through this Consent the filing and prosecution of this action, which asserts claims under The Age Discrimination in Employment Act of 1967 (ADEA), in my name and on behalf of all persons similarly situated to myself.

My name is: __Cheryl Ann Fillekes__ (print name)

My address is: __1435 Baum Rd__ (street address)
__St Johnsville NY 13452__ (city, state, zip code)

My telephone number is: __518 568 3570__ (area code and telephone number)

My signature: __CA Fillekes__

Date on which I signed this Notice: __3 February 2016__

**Mail, Fax, or Email to:**

Michael von Klemperer, Esq.
Kotchen & Low LLP
1745 Kalorama Road NW, Suite 101
Washington, DC 20009
(646) 220-0965
(202) 280-1128 (fax)
mvonklemperer@kotchen.com