# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

|  |  |
|---|---|
| ROBERT HEATH, et al.,<br><br>      Plaintiffs,<br><br>    v.<br><br>GOOGLE INC.,<br><br>      Defendant. | Case No.  15-cv-01824-BLF<br><br>**ORDER VACATING HEARING DATE ON CONDITIONAL COLLECTIVE ACTION CERTIFICATION** |

Pursuant to the case schedule entered by the Court, the last day to file a motion for conditional collective action certification was March 11, 2016.  ECF 41 at 2.  Under that schedule, a hearing on any motion for conditional collective action certification was set for May 19, 2016. *Id.*  Plaintiffs did not file any motion by March 11, 2016 or any time after.  Accordingly, the Court VACATES the hearing set for May 19, 2016.

**IT IS SO ORDERED.**

Dated: May 16, 2016

BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California