Daniel L. Low, CA Bar No. 218387
dlow@kotchen.com
Daniel Kotchen (*pro hac vice*)
dkotchen@kotchen.com
KOTCHEN & LOW LLP
1745 Kalorama Road NW, Suite 101
Telephone: 202.841.7164
Facsimile: 202.280.1128

Attorney for Plaintiff
CHERYL FILLEKES

# UNITED STATES DISTRICT COURT

# THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT HEATH, and
CHERYL FILLEKES,
Plaintiffs, on behalf of themselves and others similarly situated,

    Plaintiffs,

v.

GOOGLE INC., a Delaware corporation,

    Defendant.

Case No. 15-cv-01824-BLF

**DECLARATION OF DANIEL LOW IN SUPPORT OF PLAINTIFF CHERYL FILLEKES' ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

Complaint Filed: April 22, 2015
Trial Date: May 1, 2017

# DECLARATION OF DANIEL LOW IN SUPPORT OF PLAINTIFF CHERYL FILLEKES' ADMINISTRATIVE MOTION TO FILE UNDER SEAL

I, Daniel L. Low, hereby declare as follows, based on personal knowledge:

1. Plaintiff Cheryl Fillekes ("Plaintiff") seeks to file Exhibits 1-5, 8, and 13-19 to Plaintiff's Motion for Conditional Certification under seal because they have been designated as Confidential or Highly Confidential – Attorneys' Eyes Only by one of the parties pursuant to the Stipulated Protective Order (Dkts. ##37, 38).

2. Defendant Google, Inc. has designated Exhibits 1-3, 8, and 13-14 as Highly Confidential – Attorneys' Eyes Only. These exhibits appear to contain non-public information regarding Google's hiring process, as well as internal feedback communications concerning Plaintiff's interviews with Google. Google has not waived the confidentiality of this information.

3. Plaintiff has designated Exhibits 4-5, and 15-19 as Confidential. These exhibits consist of declarations from unsuccessful Google applicants who believe that they were not hired by Google because of their age. These individuals expressed concern of retaliation from their current employers and/or potential blacklisting from other tech companies if their names were made public in this lawsuit. The declarations also reveal personal information regarding the declarants, such as their age and professional background and qualifications. Plaintiff

designated these declarations as "Confidential" under the Protective Order to allow the declarants' names and information to remain non-public.

4. Plaintiff seeks to redact those portions of Plaintiffs' Motion for Conditional Certification that reference these exhibits.

5. On June 28, shortly before this filing, Plaintiff asked that Defendant consent to her Administrative Motion to File Under Seal. At Google's request, Plaintiff provided Google with copies of the proposed exhibits to be filed under seal, but Google apparently has not yet had an opportunity to review those exhibits, as no response or stipulation was received from Google at the time of this filing.

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 28, 2016

Respectfully submitted,

By: /s/ Daniel L. Low
Daniel L. Low, SBN: 218387
Daniel Kotchen (*pro hac vice*)
Kotchen & Low LLP
1745 Kalorama Road NW, Suite 101
Washington, DC 20009
202-471-1995
202-280-1128 (fax)
dlow@kotchen.com
dkotchen@kotchen.com

# CERTIFICATE OF COMPLIANCE WITH LOCAL RULE

Pursuant to Local Rule 79-5(e), I certify that this declaration and all accompanying material was served on the Designating Parties by email on the same day that it was filed.

By: /s/Daniel L. Low<br>
Daniel L. Low