# Exhibit 1

[Placeholder for document filed under seal]