# Exhibit 9

```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                     SAN JOSE DIVISION
 4
 5   ROBERT HEATH AND CHERYL        )
     FILLEKES,                      )
 6                                  )
     Plaintiffs, on behalf of       )
 7   themselves and others          )
     similarly situated,            )
 8                                  )
             vs.                    )  Case No. 15-cv-01824-BLF
 9                                  )
     GOOGLE, INC., a Delaware       )
10   corporation,                   )
                                    )
11           Defendant.             )
     _____)
12
13          Deposition of Cheryl Ann Fillekes
14              San Francisco, California
15             Thursday, December 17, 2015
16                     Volume I
17
18
19
20   Reported by:
21   JOANNE M. FARRELL, RPR, CRR
22   CSR Nos. 4838(CA)  506(HI)  507(NM)
23   Job No. 2203673
24
25   Pages 1 - 270
```

Page 1

```
 1  BY MR. McINERNEY:
 2     Q.  I just want to make clear if you do make
 3  changes, I can comment on them.
 4     A.  Okay.
 5     Q.  Like if you answer yes to a question and you
 6  change it to no, I can point out that Ms. Fillekes
 7  changed her testimony.
 8     A.  Okay.
 9     Q.  Now, it's really important also that you don't
10  speculate to any questions.  So if I ask you a question
11  and you're just guessing as to what the answer is, I'm
12  not really interested in that.  I just want to know
13  information that's based on your personal knowledge,
14  personal knowledge being things that you saw, you heard,
15  you know about, somebody told you about that sort of
16  thing.
17         Do you understand the difference between
18  guessing and testifying based on personal knowledge?
19     A.  Yes.
20     Q.  Okay.  Can you think of any reason why today you
21  can't give your best and most accurate testimony?
22     A.  I cannot think of any reason why --
23     Q.  Okay.
24     A.  -- I cannot give -- yeah.
25     Q.  So you're under no medication or any other
                                                    Page 10
```

```
 1  intoxicants that may impact your ability to testify
 2  truthfully today?
 3     A.  Just coffee.
 4     Q.  Okay.  But coffee doesn't impact your ability to
 5  testify truthfully, right?
 6     A.  Correct.
 7     Q.  Okay.
 8     A.  Okay.
 9     Q.  Now, where do you reside currently?
10     A.  1435 Baum Road, that's bravo alpha uniform mike,
11  Road, St. Johnsville, New York 13452.
12     Q.  Do you have any plans to move from that Baum
13  Road address?
14     A.  Not currently.
15     Q.  Have you had discussions about possibly moving?
16     A.  My husband and I have discussed the case where a
17  terrific job opportunity came up for either of us in New
18  York City or Boston, for example, and we have discussed
19  the possibility of getting a small apartment in that area
20  in order to commute to a job like that during the week.
21     Q.  Okay.  So -- okay.  And so then I take it you're
22  married?
23     A.  Yes.
24     Q.  What's the name of your husband?
25     A.  My husband's name is Mark Herman, M-A-R-K,
                                                    Page 11
```

```
 1  H-E-R-M-A-N, no middle name.
 2     Q.  How long have you been married to Mr. Herman?
 3     A.  Since 1999.
 4     Q.  Have you resided together that whole time?
 5     A.  Yes.
 6     Q.  Okay.  And I'm sorry I have to ask you this but,
 7  I do in all depositions, have you been convicted of a
 8  felony?
 9     A.  Never.
10     Q.  All right.  Now, you understand you're a
11  plaintiff in this lawsuit?
12         Do you understand that the term "plaintiff"?
13     A.  Right.
14     Q.  You seem confused.
15     A.  No, I'm just trying to parse the question.
16     Q.  Okay.
17     A.  I'm sorry.
18     Q.  I apologize.  It wasn't meant to be a trick
19  question.
20         Do you understand you're a plaintiff in this
21  lawsuit?
22     A.  Yes, I do.
23     Q.  ==Okay.  Why do you believe you were not hired at==
24  ==Google?==
25     A.  ==I was recruited for engineering roles at Google==
                                                    Page 12
```

```
 1  ==four times and brought in for interviews after performing==
 2  ==well on the phone screens and was told each of those four==
 3  ==times that I had done well on the interviews and that my==
 4  ==candidacy was being sent up to the committee, the hiring==
 5  ==committee.  And each time after sometimes a considerable==
 6  ==delay, I heard that I had not been hired.==
 7         There is no transparency over the process in
 8  committee, so in fact, I do not know.
 9     Q.  All right.  So what is your date of birth?
10     A.  August 29th, 1960.
11     Q.  Where were you born?
12     A.  Oyster Bay, New York.
13     Q.  That's where Roosevelt lived.
14     A.  (Witness nods head.)
15     Q.  Okay.  That's one other thing, even though it
16  wasn't a really important question, we both need to speak
17  audibly, okay?  So we have the court reporter is taking
18  down what's being said, so it's important that when you
19  answer a question you don't do it with a shake or a nod
20  of your head, or anything like that, or a "huh-uh" or
21  something like that.  So you understand that?
22     A.  Yes, sir, Oyster Bay was the site of the
23  residence of both.
24     Q.  Okay.  Can you walk me through where you've
25  resided since your birth in Oyster Bay, New York?  And
                                                    Page 13
```

```
 1  interested.  So I sent her -- I sent a message back
 2  saying that I would like to talk to her about it.  So
 3  that started that process.
 4      Q.  Okay.  Then what happened?
 5      A.  Well, then she handed me off to, I think, John
 6  Wilson or somebody, and he then -- and there were
 7  different people looking at me for different groups, I
 8  think, is what was going on.  I don't really know.  But
 9  then eventually, John Wilson set up an interview and I
10  was --
11      Q.  And I'm sorry, John Wilson, is he a recruiter?
12      A.  He was a recruiter.
13      Q.  Okay.
14      A.  Or maybe he was a hiring manager.  I'm not sure.
15      Q.  Okay.
16      A.  So --
17      Q.  And how did Svetlana get your name?  Do you
18  know?
19      A.  I don't know.
20      Q.  Okay.  Then what happened?  You were starting to
21  say.
22      A.  And he set up an interview and --
23      Q.  Telephone interview or in person?
24      A.  Actually, I told them that I had already had a
25  telephone interview and they may have -- I don't remember
                                                    Page 150
```

```
 1  if I did a second telephone interview because I thought I
 2  referred back to the earlier one.  They looked up my
 3  notes for that.  I think that's -- I can't say for sure,
 4  though.
 5      Q.  Was there any discussion with Svetlana or John
 6  Wilson about an actual job that you might be considered
 7  for?
 8      A.  They said there were a number of positions.
 9      Q.  That's the full extent of what they said?
10      A.  They said something about SRE roles, which are
11  Site Reliability Engineering roles.
12      Q.  Okay.  Did you learn what a Site Reliability
13  Engineer was?
14      A.  They sent me links that I was able to read and
15  videos.  They sent me resources with which I could learn
16  more.
17      Q.  About?
18      A.  SREs, yes.
19      Q.  Okay.  Then what?  So you got contacted -- you
20  told them or John Wilson that you'd already done a screen
21  interview or phone interview?
22      A.  Yeah.
23      Q.  Then what happened?
24      A.  Then I -- well, I had sent my CV to Svetlana and
25  who then, I suppose, maybe copied it to John.  John then
                                                    Page 151
```

```
 1  said "Oh, I'm handing this over to Karen Cutler now."
 2  Now, this was in April of 2010.
 3          And Karen sent me a note saying that she'd like
 4  to talk to me on the telephone, and I -- we got together
 5  on the telephone and on the telephone she said "Oh,
 6  you're going to have to put the dates of graduation on
 7  your resume."  And I said "Well, you know my dates of
 8  graduation from my previous application for the purposes
 9  of verifying my graduation, the fact that I did get the
10  degrees."
11          And she said "Oh, no, but it has to be on your
12  resume, the one that we circulate for your interviews."
13  And I said ==**"Well, why do my dates of graduation have to
14  be on my resume?"  She said "Oh, so the interviewers can
15  see how old you are."**==
16          And I was so shocked by that statement.  I wrote
17  it down, I -- and I told her "Oh, well, in that case,
18  could you please send me that request in writing?"
19      Q.  Where did you write it down?
20      A.  I wrote it down on my notes.
21      Q.  Do you have your notes?
22      A.  My notes are at home.
23      Q.  So you do have a note that memorializes that?
24      A.  Uh-huh.
25          MR. McINERNEY:  We didn't get that in discovery,
                                                    Page 152
```

```
 1  Counsel, so I'd make a request on the record that you go
 2  and produce that to us.
 3          THE WITNESS:  Uh-huh.
 4          MR. KOTCHEN:  You have that?  He's asking if you
 5  have the note that you wrote.
 6          THE WITNESS:  Oh, no, I wrote it down on a piece
 7  of paper.
 8          MR. KOTCHEN:  Right.  But do you have it at
 9  home?  Is it something you still have?
10          THE WITNESS:  I haven't seen it in years.
11          MR. KOTCHEN:  That's what he's asking.  He's
12  asking you "Do you have it in your possession?"
13          THE WITNESS:  Oh, okay.
14          MR. KOTCHEN:  So why don't you all have a
15  dialogue about that.
16          THE WITNESS:  I did chat about it online with my
17  friend Danhiel Baker.
18  BY MR. McINERNEY:
19      Q.  Here's my question.  I thought I was very clear.
20  Do you still have that document, that note?
21      A.  Oh, no.
22      Q.  Have you looked for it?
23      A.  I haven't looked for it.
24      Q.  So I'm going to request that you look for the
25  note.
                                                    Page 153
```