1  Daniel L. Low, CA Bar No. 218387
   dlow@kotchen.com
2  Daniel Kotchen (*pro hac vice*)
   dkotchen@kotchen.com
3  KOTCHEN & LOW LLP
   1745 Kalorama Road NW, Suite 101
4  Telephone:  202.841.7164
   Facsimile:   202.280.1128
5
   Attorney for Plaintiff
6  CHERYL FILLEKES

7
                       **UNITED STATES DISTRICT COURT**
8
                       **THE NORTHERN DISTRICT OF CALIFORNIA**
9

10
                                              Case No. 15-cv-01824-BLF
11 ROBERT HEATH, and
   CHERYL FILLEKES,
12 Plaintiffs, on behalf of themselves and    **DECLARATION OF DANIEL L.**
   others similarly situated,                 **LOW IN SUPPORT OF PLAINTIFF**
13                                             **CHERYL FILLEKES' MOTION**
                                               **FOR CONDITIONAL**
14              Plaintiffs,                    **CERTIFICATION**

15        v.

16 GOOGLE INC., a Delaware
   corporation,                                Complaint Filed:  April 22, 2015
17                                             Trial Date:       May 1, 2017
                Defendant.
18

                                              1                Case No. 15-cv-01824-BLF
   DECLARATION OF DANIEL L. LOW IN SUPPORT OF PLAINTIFF CHERYL FILLEKES' MOTION FOR
                              CONDITIONAL CERTIFICATION

# DECLARATION OF DANIEL L. LOW IN SUPPORT OF PLAINTIFF CHERYL FILLEKES' MOTION FOR CONDITIONAL CERTIFICATION

I, DANIEL L. LOW, declare as follows:

1. I am an attorney licensed to practice in the State of California and the District of Columbia. I am a partner with the law firm Kotchen & Low LLP, and I represent Ms. Fillekes in the above-captioned matter. I am fully knowledgeable of the facts stated herein and am competent to testify regarding these matters. I submit this declaration in support of Plaintiff Cheryl Fillekes' Motion for Conditional Certification.

2. Attached to the accompanying Motion for Conditional Certification are true and correct copies of the following records produced by Plaintiffs and/or Defendant Google, Inc. in the above-captioned matter: GOOG-HEATH-00004596-97 (Ex. 1); GOOG-HEATH-00005454 – GOOG-HEATH-00005543 (Ex. 2); GOOG-HEATH-00003452-54 (Ex. 3); GOOG-HEATH-00000441-44 (Ex. 8); Heath-Fillekes 00005043-49 (Ex. 10); Fillekes 0008221 (Ex. 11); Heath-Fillekes 00002118 (Ex. 12); GOOG-HEATH-00000848-49 (Ex. 13); GOOG-HEATH-00001487-98 (Ex. 14); and Heath-Fillekes 0008181-83 (Ex. 20).

3. Attached to the accompanying Motion for Conditional Certification is the following true and correct excerpt from Plaintiff Cheryl Fillekes' December 17, 2015 deposition transcript: Fillekes Depo. Tr. p. 152 (Dec. 17, 2015) (Ex. 9).

4. Attached to the accompanying Motion for Conditional Certification are

true and correct copies of the following declarations received by Plaintiff Cheryl Fillekes' counsel: A. Barnes Decl. (Jan. 28, 2016), Fillekes 0008184-88 (Ex. 4); A. Heirich Decl. (Jan. 17, 2016), Fillekes 0008189-93 (Ex. 5); J. Westfall Decl. (Dec. 23, 2015), Fillekes 0008204-07 (Ex. 15); M. Buchanan Decl. (Jan. 19, 2016), Fillekes 0008212-16 (Ex. 16); A. Miller Decl. (Jan. 17, 2016), Fillekes 0008194-98 (Ex. 17); D. Ash Decl. (Jan. 19, 2016), Fillekes 0008199-0008203 (Ex. 18); and K. Thomas Decl. (Jan. 27, 2016), Fillekes 0008208-11 (Ex. 19).

5. Attached to the accompanying Motion for Conditional Certification are true and correct copies of the following PDF and screenshot of Google webpages accessed by Plaintiff Cheryl Fillekes' counsel on June 27, 2016 and June 28, 2016, respectively: Google Diversity, Google, Inc., https://www.google.com/diversity/at-google.html (last visited June 27, 2016) (Ex. 7); and How We Hire, Google, Inc., https://www.google.com/intl/en/about/careers/lifeatgoogle/hiringprocess/ (last visited June 28, 2016) (Ex. 6).

I certify under the penalty of perjury that the foregoing statements are true and correct to the best of my knowledge.

DATED: June 28, 2016                        /s/Daniel L. Low
                                            Daniel L. Low