UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| ROBERT HEATH, et al., | |
|---|---|
| Plaintiffs, | Case No. 5:15-cv-01824-BLF |
| v. | **CASE MANAGEMENT ORDER** |
| GOOGLE INC., | |
| Defendant. | |

On 07/18/2016, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Case Management Statement Due | 09/15/2016 |
| Further Case Management Conference | 09/22/2016 |
| Last Day to Disclose Experts | n/a |
| Fact Discovery Cut-Off | n/a |
| Expert Discovery Cut-Off | n/a |
| Last Day to Hear Dispositive Motions | 01/26/2017 at 9:00 a.m. |
| Final Pretrial Conference | 05/04/2017 at 1:30 p.m. |
| Trial | 06/05/2017 at 9:00 a.m. |

1     IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery are referred to the assigned Magistrate Judge.

    IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing orders, which are available on the Court's website and in the Clerk's Office.

    IT IS FURTHER ORDERED THAT the Motion for Conditional Certification of Collective Action hearing set for 11/10/2016 is reset to 09/22/2016 at 9:00 a.m.

    IT IS FURTHER ORDERED THAT all other previously set dates remain unchanged.

Dated: July 18, 2016

_____
BETH LABSON FREEMAN
United States District Judge