Thomas M. McInerney, CA Bar No. 162055
tmm@ogletreedeakins.com
Brian D. Berry, CA Bar No. 229893
brian.berry@ogletreedeakins.com
OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA  94105
Telephone:    415.442.4810
Facsimile:    415.442.4870

A. Craig Cleland, *pro hac vice*
craig.cleland@ogletreedeakins.com
OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, P.C.
191 Peachtree St., NE., Ste. 4800
Atlanta, GA 30303
Telephone:    404.881.1300
Facsimile:    404.870.1732

Attorneys for Defendant
GOOGLE INC.

Daniel L. Low, CA Bar No. 218387
dlow@kotchen.com
KOTCHEN & LOW LLP
1745 Kalorama Road NW, Suite 101
Washington, D.C. 20009
Telephone:    202.841.7164
Facsimile:    202.280.1128

Attorneys for Plaintiff
CHERYL FILLEKES

Dow W. Patten
dow@smithpatten.com
SMITH PATTEN
221 Main St., Suite 740
San Francisco, CA  94105
Telephone:    415.402.0084
Facsimile:    415.520.0104

Attorneys for Plaintiff
ROBERT HEATH

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HEATH, and CHERYL FILLEKES, Plaintiffs, on behalf of themselves and others similarly situated,<br><br>              Plaintiff,<br><br>        v.<br><br>GOOGLE INC., a Delaware corporation,<br><br>              Defendant. | Case No. 15-cv-01824-BLF<br><br>**JOINT STIPULATION REGARDING ENLARGEMENT OF DEFENDANT GOOGLE INC.'S OPPOSITION BRIEF**<br><br>Date:        September 22, 2016<br>Time:       9:00 a.m.<br>Location:   Courtroom 3, 5th Floor<br><br>Complaint Filed:  April 22, 2015<br>Trial Date:            June 5, 2017 |

Pursuant to Local Rules 7-11 and 7-12 of the Northern District of California, Defendant Google, Inc. ("Google") and Plaintiffs Robert Heath and Cheryl Fillekes ("Plaintiffs") respectfully stipulate as follows:

WHEREAS, Plaintiff Fillekes filed a Motion For Conditional Certification of Collective Action on June 29, 2016 (ECF 75);

WHEREAS, Plaintiff Heath filed a Partial Joinder in Fillekes' motion on July 1, 2016;

WHEREAS, Google's deadline to file its opposition to Plaintiffs' motion and joinder is July 29, 2016;

WHEREAS, counsel for Google has represented to counsel for Plaintiffs Heath and Fillekes that Google will respond to Fillekes' motion and Heath's partial joinder in a combined opposition brief, and that it may need 10 additional pages to fully do so; and

WHEREAS, Plaintiffs Fillekes and Heath do not oppose Google's request to file an opposition brief not to exceed 35 pages.

NOW, THEREFORE, the Parties, by and through their respective counsel, hereby stipulate and agree as follows:

Google may file a brief not to exceed 35 pages in combined opposition to Plaintiff Fillekes' Motion For Conditional Certification of Collective Action (ECF 75) and Plaintiff Heath's Partial Joinder (ECF 78).

IT IS SO STIPULATED, THORUGH COUNSEL OF RECORD.

DATED:  July 22, 2016

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By:     /s/ *Brian D. Berry*
   Thomas M. McInerney
   A. Craig Cleland
   Brian D. Berry

Attorneys for Defendant
GOOGLE INC.

| | | |
|---|---|---|
| DATED: July 22, 2016 | | KOTCHEN & LOW LLP |
| | By: | /s/ |
| | | Daniel L. Low |
| | | Attorney for Plaintiffs<br>CHERYL FILLEKES |

DATED:  July 22, 2016                                          SMITH PATTEN

                                                                                   By:     /s/
                                                                                           Dow W. Patten

                                                                                   Attorney for Plaintiffs
                                                                                   ROBERT HEATH

### SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this documents has been obtained from the other signatories.

DATED:  July 22, 2016

                                                                                   By:    /s/ Brian D. Berry
                                                                                          Brian D. Berry

**ORDER**

As stipulated and agreed to by the Parties, Google may file a memorandum of points in authorities not to exceed 35 pages in combined opposition to Plaintiff Fillekes' Motion for Conditional Certification of Collective Action (ECF 75) and Plaintiff Heath's Partial Joinder (ECF 78).

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: July 22, 2016

_____
UNITED STATES DISTRICT JUDGE

25569628.1