United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT HEATH, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>GOOGLE INC.,<br><br>    Defendant. | Case No. 5:15-cv-01824-BLF (HRL)<br><br>**ORDER CLARIFYING ORDER RE DISCOVERY DISPUTE JOINT REPORT NO. 2** |

A dispute arose as to what this court intended in its order re Discovery Dispute Joint Report No. 2 (Dkt. 130). On March 29, 2017, the court convened a telephone hearing to discuss the matter. As discussed at that conference, the court clarifies that it intended for Google, Inc.'s production of gHire data to (1) include applicants who had in-person interviews and those who did not and (2) distinguish between the two.

SO ORDERED.

Dated:   March 29, 2017

_____
HOWARD R. LLOYD
United States Magistrate Judge

5:15-cv-01824-BLF Notice has been electronically mailed to:

Anthony Craig Cleland     craig.cleland@ogletreedeakins.com, kristy.burroughs@ogletreedeakins.com

Brian Davis Berry     brian.berry@ogletreedeakins.com, patti.pomerantz@ogletreedeakins.com, sfodocketing@ogletreedeakins.com

Daniel A. Kotchen     dkotchen@kotchen.com, mvk@kotchen.com

Daniel Lee Low     dlow@kotchen.com, ltremaine@kotchen.com

Dow Wakefield Patten     dow@smithpatten.com, kristine@smithpatten.com

George S. Duesdieker     grgdr@yahoo.com, george@duesdieker.com

Michael F. Brown     mbrown@dvglawpartner.com

Thomas Michael McInerney     tmm@ogletree.com, cathy.vittoria@ogletree.com, SFODocketing@ogletree.com