Thomas M. McInerney, CA Bar No. 162055
tmm@ogletree.com
Brian D. Berry, CA Bar No. 229893
brian.berry@ogletree.com
Lisa M. Bowman, CA Bar No. 253843
lisa.bowman@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA  94105
Telephone:     415.442.4810
Facsimile:      415.442.4870

A. Craig Cleland, *pro hac vice*
craig.cleland@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
191 Peachtree St., NE., Suite 4800
Atlanta, GA 30303
Telephone:     404.881.1300
Facsimile:      404.870.1732

Elizabeth A. Falcone, CA Bar No. 219084
elizabeth.falcone@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500
Portland, OR  97201
Telephone:     503.552.2166
Facsimile:      503.224.4518

Attorneys for Defendant
GOOGLE INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT HEATH, on behalf of himself<br><br>and<br><br>CHERYL FILLEKES, on behalf of herself and others similarly situated,<br><br>            Plaintiffs,<br>   v.<br><br>GOOGLE INC., a Delaware corporation,<br><br>            Defendant. | Case No. 5:15-cv-01824-BLF<br><br>**[PROPOSED] ORDER RE: DEFENDANT GOOGLE INC.'S RULE 12 MOTION TO DISMISS PLAINTIFFS' ADEA DISPARATE IMPACT CLAIM WITH PREJUDICE**<br><br>Date:       January 18, 2018<br>Time:      9:00 a.m.<br>Location: Courtroom 3 – 5th Floor<br><br>Complaint Filed:  April 22, 2015<br>Trial Date:           April 1, 2019 |

On January 18, 2018, at 9:00 a.m., before the Honorable Beth Labson Freeman, Defendant Google Inc.'s motion to dismiss pursuant to Rule 12(b)(6) and Rule 12(b)(1) of the Federal Rules of Civil Procedure, came on regularly for hearing.  After fully considering the parties' papers and arguments of counsel, the Court hereby GRANTS the motion to dismiss.  Accordingly, the Second Amended Complaint's disparate impact claim under the Age Discrimination in Employment Act is dismissed with prejudice.

IT IS SO ORDERED.

DATED: _____

District Judge Beth Labson Freeman

31474691.1