# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| ROBERT HEATH, on behalf of himself, and CHERYL FILLEKES, on behalf of herself and others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 15-cv-01824-BLF <br><br> **ORDER RE: REDACTION OF ORDER DENYING DEFENDANT GOOGLE LLC'S MOTION TO DECERTIFY COLLECTIVE ACTION** |

The Court's Order Denying Defendant Google LLC's Motion to Decertify Collective Action has been filed under seal because it contains information that the Court previously allowed to be filed under seal due to its highly confidential and business-sensitive nature. The parties are ordered to meet and confer by no later than **August 8, 2018** and submit proposed redactions to the Court's order (to the extent any redaction is required), as well as supporting declaration(s) and a proposed order. If no proposed redactions are received by 11:59 p.m. on **August 8, 2018**, the Court shall unseal the order in its entirety.

**IT IS SO ORDERED.**

Dated: August 1, 2018

_____
BETH LABSON FREEMAN
United States District Judge