Thomas M. McInerney, CA Bar No. 162055
tmm@ogletree.com
Brian D. Berry, CA Bar No. 229893
brian.berry@ogletree.com
Lisa M. Bowman, CA Bar No. 253843
lisa.bowman@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA  94105
Telephone:     415.442.4810
Facsimile:     415.442.4870

A. Craig Cleland, pro hac vice
craig.cleland@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
191 Peachtree St., NE., Suite 4800
Atlanta, GA 30303
Telephone:     404.881.1300
Facsimile:     404.870.1732

Elizabeth A. Falcone, CA Bar No. 219084
elizabeth.falcone@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500
Portland, OR  97201
Telephone:     503.552.2166
Facsimile:     503.224.4518

Attorneys for Defendant GOOGLE LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HEATH, on behalf of himself, and CHERYL FILLEKES, on behalf of herself and others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, a Delaware limited liability company, <br><br> Defendant. | Case No. 5:15-cv-01824-BLF <br><br> **DECLARATION OF BRIAN D. BERRY IN SUPPORT OF GOOGLE LLC'S MOTION FOR LEAVE FOR RECONSIDERATION OF ORDER DENYING MOTION FOR DECERTIFICATION** <br><br> Dept.:        Courtroom 3 <br> Judge:       Hon. Beth Labson Freeman <br><br> Complaint Filed:   April 22, 2015 <br> Trial Date:        April 1, 2019 |

I, Brian D. Berry, declare as follows:

1. I am an attorney duly licensed by the State Bar of California to practice law in this state. I am also admitted to practice in this Court. I am of counsel with Ogletree, Deakins, Nash, Smoak & Stewart, P.C., counsel of record for defendant Google LLC ("Google") in this action. I am knowledgeable about the facts set forth herein based on my personal knowledge, or by my review of the documents maintained by Ogletree Deakins in the ordinary course of its business. If called upon to testify to same, I could and would do so competently and truthfully.

2. On July 19, 2018, at 7:05 p.m. Pacific, Plaintiffs served me and other counsel of record for Google with a second expert report of Dr. David Neumark.

3. Attached hereto as **Exhibit 1** is a true and correct copy of the expert report of Plaintiffs' expert, Dr. David Neumark, signed on March 5, 2018.

4. Attached hereto as **Exhibit 2** is a true and correct copy of the expert report of Google's expert, Dr. John H. Johnson, IV, signed on April 2, 2018.

5. Attached hereto as **Exhibit 3** is a true and correct copy of is a true and correct copy of the expert report of Plaintiffs' expert, Dr. David Neumark, signed on July 19, 2018.

6. Attached hereto as **Exhibit 4** is a true and correct copy of the expert report of Google's expert, Dr. John H. Johnson, IV, signed on August 16, 2018.

Under 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. I executed this declaration on September 7, 2018 in San Francisco California.


_____/s/ Brian D. Berry_____
Brian D. Berry

35516395.1

DECLARATION OF BRIAN D. BERRY ISO GOOGLE'S MOTION FOR LEAVE FOR RECONSIDERATION OF ORDER DENYING MOTION FOR DECERTIFICATION