1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

ROBERT HEATH, ET AL.,

          Plaintiffs,

     v.

GOOGLE LLC,

          Defendant.

Case No. 15-cv-01824-BLF

**ORDER DIRECTING DEFENDANT GOOGLE LLC TO FILE DECLARATION IN SUPPORT OF ADMINISTRATIVE MOTIONS**

[Re: ECF 350, 353]

Defendant Google LLC ("Google") has two administrative motions to seal pending before this Court. ECF 350, 353. Civ. L.R. 79-5(d) requires parties to submit a declaration in support of any administrative motion to seal detailing why the documents or portions thereof are sealable. Google did not submit a declaration in support of either pending motion. Cross-references to declarations in support of previous motions are insufficient, even if the underlying documents to be sealed are identical. Google is ORDERED to file a declaration in support of each administrative motion to seal as a separate docket entry **on or before September 19, 2018**. Chambers copies are not required. This does not change Plaintiffs' deadline to oppose.

     **IT IS SO ORDERED.**

Dated: September 13, 2018

_____
BETH LABSON FREEMAN
United States District Judge