UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL CONFERENCE MINUTE ORDER**

| **Date:** 12/20/18 | **Time:** 2 hours 15 minutes | **Judge:** DONNA M. RYU |
|---|---|---|
| **Case No.:** 5:15-cv-01824-BLF | **Case Name:** Robert Heath, et al v. Google LLC | |

**For Plaintiff Robert Heath:**
Dow Patten
Robert Heath

**For Defendant:**
Thomas McInerney
Brian Berry
Amy Lambert

**Deputy Clerk:** Ivy Lerma Garcia             **FTR:** Not Recorded

**PROCEEDINGS**

Further settlement conference held re Heath's claims.

**Results:**    Matter fully settled, with signed written agreement.

cc:  Chambers