Thomas M. McInerney, CA Bar No. 162055
tmm@ogletreedeakins.com
Brian D. Berry, CA Bar No. 229893
brian.berry@ogletreedeakins.com
OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA  94105
Telephone:    415.442.4810
Facsimile:    415.442.4870

A. Craig Cleland, *pro hac vice*
craig.cleland@ogletreedeakins.com
OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, P.C.
191 Peachtree St., NE., Ste. 4800
Atlanta, GA 30303
Telephone:    404.881.1300
Facsimile:    404.870.1732

Attorneys for Defendant
GOOGLE LLC

Daniel L. Low, CA Bar No. 218387
dlow@kotchen.com
Daniel Kotchen (*pro hac vice*)
dkotchen@kotchen.com
Michael von Klemperer, D.C. Bar No. 1015469
mvk@kotchen.com
Lindsey Grunert, D.C. Bar No. 1030117
lgrunert@kotchen.com
Amy Roller, D.C. Bar No. 1044199
aroller@kotchen.com
KOTCHEN & LOW LLP
1745 Kalorama Road NW, Suite 101
Washington, D.C. 20009
Telephone:    202.841.7164
Facsimile:    202.280.1128

Attorneys for Plaintiff
CHERYL FILLEKES & OPT-IN
PLAINTIFFS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HEATH, on behalf of himself<br><br>and<br><br>CHERYL FILLEKES, on behalf of herself and others similarly situated,<br><br>        v.<br><br>GOOGLE LLC., a Delaware limited liability company,<br><br>        Defendant. | Case No. 5:15-cv-01824-BLF<br><br>**JOINT STATUS REPORT REGARDING COLLECTIVE ACTION SETTLEMENT**<br><br>Complaint Filed:  April 22, 2015<br>Trial Date:            April 1, 2019 |

Defendant Google LLC ("Google"), Plaintiff Cheryl Fillekes and the Opt-in Plaintiffs (the "Collective Action Plaintiffs") submit this joint Status Report Regarding Collective Action Settlement.

On October 5, 2018, the Parties reached a settlement in principle with the assistance of Magistrate Judge Ryu, after participating in a full-day Settlement Conference on October 2, 2018, and a further telephonic Settlement Conference on October 5, 2018. The Parties agreed to use best efforts to seek court approval within 60 to 90 days. ECF 393.

The Parties have been working to prepare the long-form Settlement Agreement and its exhibits, but the process has taken longer than expected. The Parties remain committed to the settlement.

This is not a Rule 23 class action that involves preliminary approval, a notice period, and then final approval. Rather, this is a collective action under section 29 U.S.C. § 216(b), in which each Collective Action Plaintiff has already received notice, joined the action as a party plaintiff by filing a Consent to Join form, and designated Collective Counsel (Kotchen & Low LLP) as counsel in this action. Accordingly, the Parties are planning to distribute the long-form Settlement Agreement to the Collective Action Plaintiffs, procure signatures from those Collective Action Plaintiffs who wish to participate in the settlement, and then file settlement-approval papers with the Court. The Parties expect to complete and execute the Settlement Agreement and then file a motion for approval of the Collective Settlement, after giving Collective Action Plaintiffs adequate time to review the Settlement Agreement and decide whether to participate in the settlement. The Parties will inform the Court once they have executed the Settlement Agreement.

DATED: January 17, 2019

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ *Brian D. Berry*
Thomas M. McInerney
A. Craig Cleland
Brian D. Berry

Attorneys for Defendant GOOGLE LLC

| | | |
|---|---|---|
| DATED: January 17, 2019 | | KOTCHEN & LOW LLP |

By:  /s/ *Daniel Kotchen*
Daniel Low
Daniel Kotchen (*pro hac vice*)
Michael von Klemperer (*pro hac vice*)
Lindsey Grunert (*pro hac vice*)
Amy Roller (*pro hac vice*)

Attorneys for Plaintiff
CHERYL FILLEKES and OPT-IN PLAINTIFFS

### SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

DATED: January 17, 2019                                         By: */s/ Brian D. Berry*