| | |
|---|---|
| Thomas M. McInerney, CA Bar No. 162055<br>tmm@ogletreedeakins.com<br>Brian D. Berry, CA Bar No. 229893<br>brian.berry@ogletreedeakins.com<br>OGLETREE, DEAKINS, NASH,<br>  SMOAK & STEWART, P.C.<br>Steuart Tower, Suite 1300<br>One Market Plaza<br>San Francisco, CA  94105<br>Telephone:    415.442.4810<br>Facsimile:     415.442.4870<br><br>A. Craig Cleland, *pro hac vice*<br>craig.cleland@ogletreedeakins.com<br>OGLETREE, DEAKINS, NASH,<br>  SMOAK & STEWART, P.C.<br>191 Peachtree St., NE., Ste. 4800<br>Atlanta, GA 30303<br>Telephone:    404.881.1300<br>Facsimile:     404.870.1732<br><br>Attorneys for Defendant<br>GOOGLE LLC | SMITH PATTEN<br>Dow W. Patten (SBN: 135931)<br>dow@smithpatten.com<br>888 S. Figueroa St., Suite 2030<br>Los Angeles, CA 90017<br>Telephone (415) 402-0084<br>Facsimile (415) 520-0104<br><br>Attorney for Plaintiff<br>ROBERT HEATH |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT HEATH, on behalf of himself<br><br>and<br><br>CHERYL FILLEKES, on behalf of herself and others similarly situated,<br><br>          v.<br><br>GOOGLE LLC., a Delaware limited liability company,<br><br>          Defendant. | Case No. 5:15-cv-01824-BLF<br><br>**JOINT STATUS REPORT REGARDING SETTLEMENT OF PLAINTIFF ROBERT HEATH'S INDIVIDUAL CLAIMS**<br><br>Complaint Filed:  April 22, 2015<br>Trial Date:           April 1, 2019 |

Defendant Google LLC ("Google") and Plaintiff Robert Heath submit this Joint Status Report Regarding Settlement of Plaintiff Robert Heath's individual claims.

Google and Plaintiff Heath executed a settlement agreement on December 20, 2018, at a Settlement Conference conducted by Magistrate Judge Ryu.

Google is currently processing the payment to satisfy its payment obligation under the terms of the settlement, and it expects to make payment shortly. The parties will enter a voluntary dismissal promptly after Google delivers payment.

DATED: January 18, 2019

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By:   /s/ *Brian D. Berry*
    Thomas M. McInerney
    A. Craig Cleland
    Brian D. Berry

Attorneys for Defendant GOOGLE LLC

DATED: January 18, 2019

SMITH PATTEN

By:   /s/ *Dow W. Patten*
    Dow W. Patten

Attorneys for Plaintiff
ROBERT HEATH

### **SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

DATED: January 18, 2019    By: */s/ Brian D. Berry*