1  SMITH PATTEN
   DOW W. PATTEN, ESQ. (SBN:135931)
2  50 California St., Suite 1500
   San Francisco, California 94111
3  Telephone (415) 402-0084
   Facsimile (415) 520-0104
4  dow@smithpatten.com

5  Attorneys for Plaintiff
   ROBERT HEATH

# UNITED STATES DISTRICT COURT

# THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| ROBERT HEATH, and CHERYL FILLEKES,<br><br>Plaintiffs, on behalf of themselves and others similarly situated,<br><br>v.<br><br>GOOGLE, LLC, a Delaware corporation<br><br>Defendant. | Case No.:  15-cv-01824-BLF<br><br>**STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER** |

   Plaintiff Robert Heath, and Defendant Google, LLC, through their respective counsel of record herein, hereby jointly request that this matter be dismissed with prejudice as to Plaintiff Heath only, each side to bear its own fees and costs.

/ / /

/ / /

/ / /

/ / /

SO STIPULATED,

Date:  February 21, 2019                    SMITH PATTEN

               */S/ DOW W. PATTEN*
               DOW W. PATTEN
               Attorney for Plaintiff Robert Heath


Date:  February 21, 2019                    OGLETREE, DEAKINS

               */S/ THOMAS. M. McINERNY*
               THOMAS M. McINERNY
               Attorneys for Defendant, Google, LLC


## [~~PROPOSED~~] ORDER

Based upon the Stipulation of the parties Plaintiff Robert Heath and Defendant Google, LLC, this matter is hereby DISMISSED WITH PREJUDICE as to Robert Heath and Google, LLC., each side to bear its own fees and costs.

Dated: February 21, 2019

                Hon. Beth Labson Freeman
                United States District Judge