1   Thomas M. McInerney, CA Bar No. 162055
tmm@ogletreedeakins.com
2   Brian D. Berry, CA Bar No. 229893
brian.berry@ogletreedeakins.com
3   OGLETREE, DEAKINS, NASH,
    SMOAK & STEWART, P.C.
4   Steuart Tower, Suite 1300
One Market Plaza
5   San Francisco, CA  94105
Telephone:    415.442.4810
6   Facsimile:    415.442.4870

7   A. Craig Cleland, *pro hac vice*
craig.cleland@ogletreedeakins.com
8   OGLETREE, DEAKINS, NASH,
    SMOAK & STEWART, P.C.
9   191 Peachtree St., NE., Ste. 4800
Atlanta, GA 30303
10  Telephone:    404.881.1300
Facsimile:    404.870.1732

11

12  Attorneys for Defendant
GOOGLE LLC

Daniel L. Low, CA Bar No. 218387
dlow@kotchen.com
Daniel Kotchen (*pro hac vice*)
dkotchen@kotchen.com
Michael von Klemperer (*pro hac vice*)
mvk@kotchen.com
Lindsey Grunert (*pro hac vice*)
lgrunert@kotchen.com
Amy Roller (*pro hac vice*)
aroller@kotchen.com
KOTCHEN & LOW LLP
1745 Kalorama Road NW, Suite 101
Washington, D.C. 20009
Telephone:    202.841.7164
Facsimile:    202.280.1128

Attorneys for Plaintiff
CHERYL FILLEKES & OPT-IN
PLAINTIFFS

13

14                    **UNITED STATES DISTRICT COURT**

15                  **NORTHERN DISTRICT OF CALIFORNIA**

16

17  ROBERT HEATH, on behalf of himself

18  and

19  CHERYL FILLEKES, on behalf of herself and
others similarly situated,

20
            v.
21
GOOGLE LLC., a Delaware limited liability
22  company,

23              Defendant.

Case No. 5:15-cv-01824-BLF

**JOINT STATUS REPORT REGARDING
COLLECTIVE ACTION SETTLEMENT**

Complaint Filed:  April 22, 2015

24

25

26

27

28

1      Pursuant to the parties' April 15, 2019 Joint Status Report (ECF 425), Defendant Google

2  LLC ("Google"), Plaintiff Cheryl Fillekes and the Opt-in Plaintiffs ("Plaintiffs") submit this Joint

3  Status Report Regarding Collective Action Settlement.

4      The parties' Settlement Agreement was fully executed today.

5      Pursuant to the terms of the Agreement: the Settlement Administrator will issue notice to

6  the Opt-Ins within 21 days (*i.e.*, no later than May 20, 2019); the Opt-Ins will have 60 days to file

7  an Acknowledgement and Consent to participate in the settlement (*i.e.*, no later than July 19,

8  2019); and the Parties will jointly move the Court for an Order approving of the settlement within

9  90 days after notice is issued (*i.e.*, no later than August 18, 2019).

10  DATED:  April 29, 2019          OGLETREE, DEAKINS, NASH, SMOAK &
                                             STEWART, P.C.

11

12                                By:  /s/ *Brian D. Berry*

13                                      Thomas M. McInerney
                                      A.  Craig Cleland

14                                      Brian D. Berry

15                                  Attorneys for Defendant GOOGLE LLC

16  DATED:  April 29, 2019          KOTCHEN & LOW LLP

17

18                                By:  /s/ *Daniel Low*
                                      Daniel Low

19                                  Daniel Kotchen (*pro hac vice*)
                                    Michael von Klemperer (*pro hac vice*)

20                                  Lindsey Grunert (*pro hac vice*)
                                    Amy Roller (*pro hac vice*)

21                                Attorneys for Plaintiff

22                                CHERYL FILLEKES and OPT-IN PLAINTIFFS

23                    **SIGNATURE ATTESTATION**

24

25      Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this

  document has been obtained from the other signatories.

26

27  DATED:  April 29, 2019          By: */s/ Daniel Low*

28